Filed 12/21/21  In re Criado CA5

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| In re<br><br>EDDIE CRIADO,<br><br>On Habeas Corpus. | F083263<br><br>(Merced Super. Ct. Nos. 18JP-00185-A, 18JP-00185-B)<br><br>**OPINION** |

### THE COURT[*]

ORIGINAL PROCEEDINGS; petition for writ of habeas corpus.

Eddie Criado, in pro. per., for Petitioner.

Forrest W. Hansen, Merced County Counsel, and Jennifer Trimble, Chief Deputy County Counsel, for Respondent.

-ooOoo-

---

[*]      Before Levy, Acting P. J., Peña, J. and Meehan, J.

On July 7, 2020, petitioner Eddie Criado's parental rights were terminated in the Merced County Superior Court. Petitioner now seeks permission to file a belated notice of appeal. The Attorney General was given an opportunity to file opposition to the request, and forwarded that opportunity to the Merced County Counsel, on behalf of the Merced County Human Services Agency.

On October 9, 2020, this court received a letter from petitioner explaining the difficulty he was experiencing in filing documents challenging the termination of his parental rights. Along with that letter, petitioner provided various documents, including a letter from an attorney appointed to represent him in the trial court on the question of his parental rights. In that letter, dated August 10, 2020, the attorney informed petitioner he was being relieved as his counsel in the case Nos. 18JP-00185-A and 18JP-00185-B, which were the case numbers assigned to his two children. Also included with petitioner's October 9, 2020 letter was a judicial council form for a petition for extraordinary writ. This form was filled out with the same case Nos., 18JP-00185-A and 18JP-00185-B. The existence of that October 9, 2020 letter and its attachments is acknowledged in a letter signed by the clerk of this court on October 27, 2020.

On this court's own motion, judicial notice will be taken of two additional documents petitioner provided with his October 9, 2020 letter. These documents were judicial council forms, referencing case Nos. 18JP-00185-A and 18JP-00185-B, and were issued on September 8, 2020, by the Merced County Superior Court Clerk. The documents were titled "Notice of: Document Return," showing petitioner attempted to file a petition for extraordinary writ with that court on or before September 8, 2020.[1]

---

[1] Given the calendar for 2020, if a proper notice of appeal had been filed on or before September 8, 2020, with the Merced County Superior Court, that notice would have been timely.

2

In their response to this court, Merced County Counsel, has asked this court to take judicial notice of certain documents. Judicial notice will be taken of the following documents:

1. The July 7, 2020 minute order issued in case Nos. 18JP-00185-A and 18JP00185-B, terminating petitioner's parental rights; and

2. The JV-510 Proof of Service-Juvenile, electronically filed on July 21, 2020, with the Merced County Superior Court.

Upon our consideration of the various documents referenced above, we find evidence exists petitioner constructively filed notices of appeal in both cases challenging the termination of his parental rights, even if the filing of those notices was not perfected.

> " '[H]abeas corpus lies to correct the erroneous denial of a right to an effective appeal' … and also lies to determine that an appeal is pending and to effect preparation of the record so as to perfect the appeal." (*In re Benoit* (1973) 10 Cal.3d 72, 78.)

## DISPOSITION

Petitioner is granted leave to cause a notice of appeal to be filed on or before 60 days from the date of this opinion in Merced County Superior Court action Nos. 18JP-00185-A and 18JP-00185-B.

Let a writ of habeas corpus issue directing the Clerk of the Superior Court of Merced County to file notices of appeal in cases Nos. 18JP-00185-A and 18JP-00185-B, to treat those notices as timely filed, and to proceed with the preparation of the record on appeal in accordance with the applicable rules of the California Rules of Court if the clerk of that court receives a request on or before 60 days of the date of this order.

This opinion is final forthwith.